NUMBER 13-05-056-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

RAUL GONZALEZ, III, ET AL.,                                           Appellants,

v.

VALLEY DESIGNS CONSTRUCTION,                                    Appellee.
___________________________________________________________________

On appeal from County Court at Law No. 2
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellants, RAUL GONZALEZ, III, ET AL., perfected an appeal from a judgment
entered by County Court at Law No. 2 of Cameron County, Texas, in cause number
2000-CCL-116-B. The parties have filed a joint motion to reverse and remand. In the
motion, the parties state that they have settled this matter. The parties request that,
without reference to the merits, the judgment of the trial court be reversed and
remanded for entry of settlement. The parties also request expedited issuance of the
Court’s mandate.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED, and the
cause is REMANDED to the trial court for entry of settlement. Costs of the appeal are
adjudged against the party incurring same.  
                                                      PER CURIAM
Memorandum Opinion delivered and filed this
the 26th day of May, 2005.